**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

DIANA ALANIZ,

    Plaintiff,

v.

AAA LOAN COMPANY,

Defendant.

Case No. 1:19-cv-00072

Honorable Judge Rolando Olvera

### NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that DIANA ALANIZ ("Plaintiff"), hereby notifies the Court that Plaintiff and Defendant AAA LOAN COMPANY, have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal.

Respectfully submitted this 28th day of June 2019.

Respectfully submitted,

*s/ Alexander J. Taylor*
Alexander J. Taylor
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone: (630) 575-8181
ataylor@sulaimanlaw.com
*Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*s/ Alexander J. Taylor_____*
Alexander J. Taylor