UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| DIANA ALANIZ, §<br>*Plaintiff,* §<br>§<br>v. §<br>§<br>AAA LOAN COMPANY, §<br>*Defendant.* § | CIVIL ACTION NO. 1:19-cv-00072 |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), Plaintiff Diana Alaniz ("Alaniz") files this stipulation of dismissal with prejudice to refiling as to the above captioned action. Claims by and between Alaniz and Defendant AAA Company d/b/a AAA Loan Company ("AAA") have been resolved. Accordingly, Alaniz and AAA hereby stipulate and agree through their respective counsel that the above captioned action and any and all claims and causes of action by Alaniz against AAA shall be dismissed with prejudice to refiling, with attorneys fees and costs to be borne by the party incurring same. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action may be dismissed with prejudice without court order.

Dated: August 9, 2019

*/s/ Carl R. Galant (with consent)*
Carl R. Galant
State Bar No. 24050633
MCGINNIS LOCHRIDGE LLP
600 Congress Avenue, Suite 2100
Austin, Texas 78701
(512) 495-6083
(512) 505-6383 Fax
cgalant@mcginnislaw.com

ATTORNEYS FOR DEFENDANT

*/s/ Alexander J. Taylor*
Alexander J. Taylor
Sulaiman Law Group, Ltd.
2500 South Highland Ave., Ste. 200
Lombard, Illinois 60148
(630) 575-8181
ataylor@sulaimanlaw.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*/s/ Alexander J. Taylor*
Alexander J. Taylor