United States District Court
Southern District of Texas
**ENTERED**
August 19, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DIANA ALANIZ, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 1:19-CV-72 |
| | § | |
| AAA LOAN COMPANY, | § | |
| | § | |
| Defendant. | § | |

### ORDER

The Court received the parties' "Agreed Stipulation of Dismissal with Prejudice" (Docket No. 11) in the above-captioned case. The parties stipulated and agreed to the dismissal of this case with prejudice, with the parties bearing their respective costs. *See* Docket No. 11.

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff's claims against Defendant are **DISMISSED with prejudice**. The parties will bear their own attorney's fees, expenses, and costs of the Court. The Court hereby **ORDERS** the Clerk of the Court to close this case.

SIGNED this 19th day of August, 2019.

_____
Rolando Olvera
United States District Judge